CAUSE NO. DC-21-07435

| | | |
|---|---|---|
| ALICIA RAMIREZ | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 134th JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | DALLAS COUNTY, TEXAS |

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. Docket Sheet for Case No. DC-21-07435, printed on December 29, 2021;

2. Plaintiff's Original Petition and Jury Demand, filed on June 10, 2021;

3. Letter to Court regarding Plaintiff's Original Petition, filed June 14, 2021;

4. Citation, issued June 22, 2021;

5. Return of Service, filed June 30, 2021;

6. Court's notice of dismissal setting, dated July 4, 2021;

7. Defendant Wal-Mart Stores Texas, LLC's Original Answer, filed July 19, 2021;

8. Defendant Wal-Mart Stores, LLC's Jury Demand, filed July 19, 2021;

9. Defendant's First Amended Answer to Plaintiff's Original Petition with Affirmative Defenses; filed August 5, 2021;

10. Court's Notice of Trial Setting, dated September 9, 2021;

11. Uniform Scheduling Order, signed September 9, 2021;

12. Plaintiff's Notice of Filing Affidavits, filed October 14, 2021;

13. Defendant Wal-Mart Stores Texas, LLC's Notice of Filing of Counter Affidavits, filed November 2, 2021;

14. Certificates regarding written questions, filed November 9, 2021;

15. Court's Notice of Trial Setting, dated December 28, 2021;

16. Order Granting Agreed Motion for Continuance of Trial Setting, signed December 23, 2021;

17. Certificate regarding written questions, filed November 15, 2021;

18. Agreed Motion for Continuance of Trial Setting, filed December 17, 2021;

19. Plaintiff's Designation of Expert Witnesses, filed November 9, 2021;

20. Defendant's Special Exception to Plaintiff's Original Petition, filed December 30, 2021;

21. Certificate of Conference for Defendant's Special Exception to Plaintiff's Original Petition, filed January 6, 2022;

22. Notice of Hearing on Defendant's Special Exception to Plaintiff's Original Petition, filed January 12, 2022; and

23. Plaintiff's First Amended Petition, filed January 24, 2022.

Respectfully submitted,

*/s/ Steven Moses*
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**STEVEN J. MOSES**
Texas Bar No. 24056014
smoses@cowlesthompson.com
(214) 672-2130
(214) 672-2330 (Fax)

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via the Court's e-service system on this 2nd day of February, 2022.

*/s/ Steven Moses*
**STEVEN J. MOSES**