JURY DEMAND Case 3:22-cv-00248-E   Document 1-4   Filed 02/02/22   Page 1 of 2   PageID 19

1 CIT ESERVE

FILED
6/14/2021 1:26 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Belinda Hernandez DEPUTY

# BRUERALAW
PERSONAL INJURY ATTORNEYS
→>>> ··· <<<—

June 16, 2021

**VIA TX EFILE**
Dallas County District Clerk

RE:   Cause No. DC-21-07435; *Alicia Ramirez v. Wal-Mart Stores Texas, LLC*; In the 134th Judicial District Court of Harris County, Texas

Dear Clerk:

Please issue a citation for service of Plaintiff's Original Petition to:

**Wal-Mart Stores Texas, LLC**
**by and through its Registered Agent, CT Corporation**
**1999 Bryan Street, Suite 900**
**Dallas, Texas 75201-3136**

Please email the citation to service@brueralaw.com.

Thank you!

Sincerely,

BRUERA LAW FIRM, PLLC

*/s/ Sofia E. Bruera*

Sofia E. Bruera

Sofia E. Bruera

3100 Timmons Ln, Suite 310, Houston, TX 77027
DIRECT 832-430-4000 | OFFICE 1-800-230-0625
FAX 832-558-3523 | WEB brueralaw.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sofia Bruera on behalf of Sofia Bruera
Bar No. 24062189
sofia@brueralaw.com
Envelope ID: 54479334
Status as of 6/17/2021 12:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Sofia Bruera | | sofia@brueralaw.com | 6/16/2021 2:03:56 PM | SENT |
| Sofia Bruera | | service@brueralaw.com | 6/16/2021 2:03:56 PM | SENT |